UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:16-cr-00073-CAS-9 | Date | January 31, 2017 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Connie Lee | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond. | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (9) Mark Garcia | Not | | | Zoe Dolan | Not | | |

**Proceedings:** (IN CHAMBERS) MOTION TO PRECLUDE FURTHER PROSECUTION (Filed October 28, 2016, Dkt. 279)

On October 28, 2016, Mark Garcia filed a "Motion to Preclude Further Prosecution, or, Alternatively, for Dismissal." Dkt. 279. Garcia's counsel, Zoe Dolan, is a CJA-panel attorney, appointed to represent Garcia in this matter. The gravamen of Garcia's motion is that the management of CJA funding in the United States District Court for the Central District of California has so eroded the independence of Garcia's defense counsel that the charges against Garcia should be dismissed. On November 29, 2016, the United States filed an opposition. Dkt. 287.

On January 23, 2017, the Court held oral argument on Garcia's motion and took the matter under submission. Dkt. 331.

On January 24, 2017, Garcia filed three supplemental exhibits in support of the instant motion. Dkt. 332. It appears that Dolan has several pending CJA vouchers that, according to Dolan, have not been paid for her continuing work in this case. It is not clear from the present record why said vouchers have not yet been paid or whether they may cause prejudice to Garcia.

Dolan has filed substantially similar motions on behalf of several of her clients in the Central District, including a nearly identical motion in another case before the Court. See United States v. Jackson et al., No. 2:14-cr-00684-CAS, Dkt. 965. Several courts have denied analogous motions by Dolan. See United States v. Martinez et al., No. 2:14-cr-00338-SJO, Dkts. 1801, 2062; United States v. Bracken et al., No. 2:13-CR-00822-ODW,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

2016 WL 4370024 (C.D. Cal. Aug. 12, 2016); <u>United States v. Anguiano</u>, No. 2:16-cr-00112-BRO, Dkt. 99.

Having carefully considered the parties' arguments and the evidence submitted by Garcia, the motion is **DENIED**.

IT IS SO ORDERED.

|  | 00 | 00 |
|---|---|---|
| Initials of Deputy Clerk | CL | |