# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – GENERAL   'O'

| | | | | |
|---|---|---|---|---|
| Case No. | 2:16-cr-00073-CAS-9 | | Date | August 8, 2017 |
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | Benedetto Balding, Not Present<br>Catharine Richmond, Not Present<br>Shawn Nelson, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 9) MARK GARCIA | NOT | | X | 9) ZOE DOLAN | NOT | | X |

**Proceedings:** (IN CHAMBERS) - DEFENDANT'S SECOND RENEWED MOTION FOR INJUNCTION PRECLUDING FURTHER PROSECUTION, OR, ALTERNATIVELY, FOR DISMISSAL (Dkt. 512, filed August 7, 2017)

On January 31, 2016, the government filed a criminal complaint against defendant Mark Garcia, among others, stating that defendant conspired to possess with the intent to distribute and possessed with intent to distribute marijuana. Dkt. 1.

On February 12, 2016, defendant was charged in a two-count indictment with (1) conspiring to possess at least 1000 kilograms of marijuana with intent to distribute, in violation of 21 U.S.C. § 846; (2) possession with intent to distribute marijuana, and aiding and abetting others in the same offense, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii) and 18 U.S.C. § 2(a). Dkt. 114. Defendant has entered a not-guilty plea. Dkt. 164.

On August 7, 2017, defendant renewed, for a second time, his motion to enjoin further prosecution or dismiss the case against him for the Court's purported "[o]ngoing failures . . . to comply with the attorney compensation requirements pursuant to 18 U.S.C. § 3006A(d)(1)." The Court has denied defendant's motion for such relief three times. Dkts. 332, 336, 398. Defendant presents no new basis for the Court's reconsideration of this issue. Accordingly, the Court **DENIES** defendant's motion for an injunction precluding prosecution or alternatively for dismissal.

IT IS SO ORDERED.

|  | 00 | 00 |
|---|---|---|
| Initials of Deputy Clerk | | CMJ |